UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KIRKPATRICK DUNBAR,

                Plaintiff,                          **ORDER**

        -against-                         **22-cv-9968 (AT) (JW)**

787 COFEE ROASTERS LLC AND 317
EAST 14th STREET CORP.,

                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 17, 2023, the parties jointly wrote the Court requesting a conference to resolve various discovery disputes. Dkt. No. 20.

The Parties' request for a discovery conference is GRANTED. The conference shall be held in-person in Courtroom 228, 40 Foley Square, on June 1, 2023, at 11:00 am.

        SO ORDERED.

DATED:    New York, New York
               May 5, 2023

                                                      */s/ Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge