UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRKPATRICK DUNBAR,

      Plaintiff,

-against-

787 COFFEE ROASTERS LLC AND 317 EAST 14TH STREET CORP.,

      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/30/2023
```

22 Civ. 9968 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for June 13, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: May 30, 2023
   New York, New York

                 ANALISA TORRES
               United States District Judge