**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KIRKPATRICK DUNBAR,

Plaintiff,

-against-

787 COFEE ROASTERS LLC AND 317 EAST 14th STREET CORP.,

Defendants.
-------------------------------------------------------------X

**ORDER**

**22-cv-9968 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 17, 2023, the Parties jointly wrote the Court requesting a conference to resolve various discovery disputes. Dkt. No. 20.

The Court previously scheduled a conference to resolve the discovery disputes for tomorrow, June 1, 2023. Dkt. No. 23.

Today, Counsel for Defendant 787 Coffee Roasters LLC filed a Motion to Withdraw as Attorney. Dkt. No. 26.

Thus, the discovery conference originally scheduled for tomorrow is **now CANCELED**.

Instead, **a remote video conference to discuss the Motion to Withdraw will be held on June 14, 2023 at 11 a.m**. The public telephone line for the conference is +1 646-453-4442 and the passcode is 387567465#. Counselors for Plaintiff and both Defendants must attend via video. A link to the video conference will be provided separately via email to the attorneys.

Importantly, **a representative from 787 Coffee Roasters LLC is ordered by the Court to attend the June 14 video conference**.

At the video conference, Ms. Diana Seo should be prepared to discuss any and all efforts made to provide the representative from 787 Coffee Roasters LLC with a copy of this Order and the accompanying link to the video conference.

SO ORDERED.

DATED: New York, New York
May 31, 2023

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge