

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

June 6, 2023

Diana Y. Seo, Esq.
Tel: (718) 500-3340
Email: diana@seolawgroup.com

**VIA ECF**
Hon. Judge Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **Dunbar v. 787 Coffee Roasters LL[C]**
            Case No. 1:22-cv-09968

Dear Honorable Judge Willis:

    This office represents Defendant 787 Coffe[e Roasters LLC]

    Pursuant to Your Honor's Individual Rule 1[...] adjourn the conference concerning Counsel's motio[n ...] 2023) from June 15, 2023 to, through, and includin[g ...]

1. The Original date of the conference tha[t ...]

2. This is the first request for an adjournm[ent ...]

3. The basis for making such request is th[at ...] settlement conference in another case pe[nding ...] that cannot be rescheduled; and

4. Plaintiff's Counsel consented to making such request.

    We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions relating to the foregoing.

---

> The request for an adjournment is GRANTED. The conference shall be held **on June 28, 2023 at 11:00 am.**
>
> A representative from 787 Coffee Roasters LLC is still required to attend. In addition to attending herself, Ms. Seo remains responsible for ensuring that the Court's previous Order is provided to the representative from 787 Coffee Roasters.
>
> A link to attend the conference via video will be provided to the attorneys. After that link is emailed out, Ms. Seo is responsible for ensuring that her client is forwarded the link and is aware that their attendance at the conference is required.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> June 9, 2023

---

[1] Our of an abundance of caution, Defendant's Counsel informs the Court that Counsel for Plaintiff informed that he is unable/unavailable to participate in the conference on June 19, 2023 and June 20, 2023.



# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

Thank you, in advance, for the Court's time and consideration.

    Respectfully Submitted,

    Seo Law Group, PLLC

    By: __/s/ *Diana Seo*__
    Diana Y. Seo, Esq.
    *Attorneys for Defendant*
    *787 Coffee Roasters LLC*

cc: All counsel of record (via ECF)