UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

KIRKPATRICK DUNBAR,

                              Plaintiff,                            *Civil Action No.*

    -against-                                             1:22-cv-09968-AT-JW

787 COFFEE ROASTERS LLC AND
317 EAST 14TH STREET CORP.,
                             Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that Plaintiff, **KIRKPATRICK DUNBAR** and Defendants, **787 COFFEE ROASTERS LLC AND 317 EAST 14TH STREET CORP.,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

      Dated: October 31, 2023

                                                                    By:_____
                                                                        Bradly G. Marks
                                                                        The Marks Law Firm, PC
                                                                        155 E 55th Street, Suite 4H
                                                                        New York, NY 10022
                                                                        T:(646) 770-3775